UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD C. MARSDEN and MING XU, Individually And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiffs,<br>  v.<br>SELECT MEDICAL CORP., MARTIN JACKSON, ROBERT A. ORTENZIO, ROCCO ORTENZIO, AND PATRICIA RICE,<br><br>        Defendants. | CIVIL ACTION NO. 2:04-cv-4020 (JCJ) |

**MOTION PURSUANT TO RULE 23(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR PRELIMINARY APPROVAL OF SETTLEMENT**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement (the "Stipulation") and the exhibits thereto, and all prior proceedings had herein, Lead Plaintiffs Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH (now known as Pioneer Investments Austria) for account of its funds C 43 and GF 5, James Shaver, and Frank C. Bagatta (the "Class Representatives"), by and through their attorneys, hereby move the Court, the Honorable J. Curtis Joyner, presiding, for an order granting preliminary approval of the proposed settlement of this putative securities class action.

  WHEREFORE, the Class Representatives respectfully request that the Court enter an Order substantially in the form of the proposed Preliminary Order for Notice and Hearing In

- 1 -

Connection With Settlement Proceedings, annexed hereto as Exhibit 1.  A copy of the Stipulation and exhibits is annexed hereto as Exhibit 2.

The Class Representatives do not request oral argument.  This motion has been discussed with Defendants' Counsel and they do not oppose this motion and are in full agreement with the text of the proposed Order (which conforms with the proposed Order appended to the Stipulation).  A Memorandum in Support follows.

If the Court would like to discuss any of the terms of the Stipulation or the scheduling of the remaining proceedings, we will be pleased to appear before the Court, in person or by telephone, at the Court's earliest convenience.  Otherwise, the parties to the Stipulation jointly respectfully request that the Court enter the proposed Preliminary Order for Notice and Hearing In Connection With Settlement Proceedings.

DATED:  November 14, 2008

**KENNEY, EGAN, McCAFFERTY & YOUNG**

By:  __/s/  Brian P. Kenney_____
     Brian P. Kenney
     bkenney@kemy-law.com
3031C Walton Road
Suite 202
Plymouth Meeting, Pennsylvania  19462
Telephone:  (610) 940-9099
Facsimile:  (610) 940-0284

**Liaison Counsel for Plaintiffs**

  **MILBERG LLP**
    Sanford P. Dumain
    sdumain@milberg.com
    Joshua H. Vinik
    jvinik@milberg.com
    Lori G. Feldman
    lfeldman@milberg.com
    Kristi Stahnke McGregor
    kmcgregor@milberg.com
One Pennsylvania Plaza
New York, New York  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

**Co-Lead Counsel for Plaintiffs**


  **MOTLEY RICE LLC**
    William H. Narwold
    bnarwold@motleyrice.com
One Corporate Center
20 Church Street
17th Floor
Hartford, Connecticut  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682

**Co-Lead Counsel for Plaintiffs**


  **MOTLEY RICE LLC**
    Ann K. Ritter
    aritter@motleyrice.com
    Frederick C. Baker
    fbaker@motleyrice.com
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, South Carolina  29465
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9500

**Co-Lead Counsel for Plaintiffs**

- 4 -

TO:     **DECHERT LLP**
        Michael L. Kichline
        michael.kichline@dechert.com
        John V. Donnelly III
        john.donnelly@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104-2808
Telephone:  (215) 994-4000
Facsimile:  (215) 994-2222

**Counsel for Defendants**